RICHARD T. DESTASIO AND IVAR M. MALMSTROM v. NEW JERSEY RACING COMMISSION.

March 20, 1985.

This matter having been duly considered and the Court having determined that certification was improvidently granted (see 97 *N.J.* 682);

It is ORDERED that the within appeal be and hereby is dismissed.